UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NANCY WHITEHOUSE, ET AL., )<br>)<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>PRUDENTIAL INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>DEFENDANT ) | CIVIL NO. 2:12-cv-214-DBH |

ORDER ON APPEAL OF MAGISTRATE JUDGE'S DECISION

The plaintifffs' objection to a portion of the Magistrate Judge's Report of Hearing and Order Re: Discovery Disputes is **OVERRULED**. The order denying the plaintiffs' motion for an order compelling Prudential to produce prior settlement agreements with current or former Prudential disability claims handlers who asserted claims for unpaid wages is neither clearly erroneous nor contray to law.

SO ORDERED.

DATED THIS 4TH DAY OF SEPTEMBER, 2013

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE